# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilbert, Jeffrey T. | District Court - Northern Illinois, Eastern Division | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor (PT) | Northwestern University Pritzker School of Law |
| 2. | Board of Directors | Federal Magistrate Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Northwestern University Pritzker School of Law (teaching income) | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, Jeffrey T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. JP Morgan Chase Bank (cash) | A | Interest | L | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. NM FDIC Insured Deposit Program (cash) (X) | A | Interest | J | T | | | | | |
| 5. Dreyfus Ins Deposit Program 1 (cash) (Y) | | | | | | | | | |
| 6. AB Global Bond Fund (ANAYX) | A | Dividend | L | T | | | | | |
| 7. Brown Cap Mgmt Mut FDS Sml Co Instl (BCSSX) | B | Dividend | K | T | | | | | |
| 8. Dodge & Cox Income Fund F-2 (DODIX) | D | Dividend | M | T | Buy (add'l) | 11/04/19 | K | | |
| 9. American Funds Europacific Growth Fund F2 (AEPFX) | C | Dividend | M | T | Sold (part) | 10/29/19 | J | A | |
| 10. | | | | | Sold (part) | 11/04/19 | L | D | |
| 11. Goldman Sachs International Small Cap Insights (GICIX) | B | Dividend | L | T | | | | | |
| 12. Harbor Bond Fund Institutional Class (HABDX) | C | Dividend | L | T | | | | | |
| 13. The Oakmark International Fund (OAKIX) | B | Dividend | L | T | | | | | |
| 14. American Funds International Growth and Income-F2 (IGFFX) | B | Dividend | L | T | | | | | |
| 15. John Hancock Disciplined Value Mid Cap Fund Class (JVMIX) | B | Dividend | M | T | | | | | |
| 16. Invesco Oppenheimer Developing Markets (ODVYX) | D | Dividend | M | T | Buy (add'l) | 11/04/19 | K | | |
| 17. Pimco Income Fund Class P (PONPX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Pimco Commodity Real Return (PCRPX) | B | Dividend | L | T | | | | | |
| 19.  Pimco Commidity Plus Strategy (PCLPX) | B | Dividend | L | T | | | | | |
| 20.  Templeton Global Bond Fund Advisor Class (TGBAX) | C | Dividend | K | T | Sold (part) | 07/16/19 | J | | |
| 21.  ISHARES TR S&P MIDCAP 400 GROWTH (IJK) | A | Dividend | K | T | Buy | 11/04/19 | K | | |
| 22.  Vanguard Index FDS Vanguard REIT ETF (VNQ) | C | Dividend | L | T | Sold (part) | 10/23/19 | J | B | |
| 23.  BROKERAGE #1 (H) | | | | | | | | | |
| 24.  NM FDIC Insured Deposit Program (cash) (X) | A | Interest | M | T | | | | | |
| 25.  DREYFUS INS DEPOSIT PROGRAM I (cash) (Y) | | | | | | | | | |
| 26.  SHAMOKIN COAL TWP PA JT SWR AUTH (819324AT1) | A | Interest | | | Redeemed | 07/01/19 | K | | |
| 27.  WEST MIFFLN PA SAN SWR MUN AUTH SWR REV RFDG (95407CX5) | B | Interest | | | Redeemed | 08/01/19 | K | | |
| 28.  PORT ST LUCIE FL UTIL RV REF&IMPT SYS REV B\E CPN (735352LL8) | B | Interest | | | Redeemed | 09/03/19 | K | | |
| 29.  LONGMONT CO ELEC & BROADBANDUTIL CPN (543097AC3) | B | Interest | | | Redeemed | 12/02/19 | K | | |
| 30.  SAN PATRICIO TX MUN WTR DIST (799204KQ4) | C | Interest | L | T | | | | | |
| 31.  SOUTHMOST REGL WTR AUTH 4% (84455LEU7) | A | Interest | K | T | | | | | |
| 32.  EVEREST RE GROUP LTD (RE) | A | Dividend | K | T | | | | | |
| 33.  AIR PRODS & CHEMS INC COM (APD) | A | Dividend | K | T | | | | | |
| 34.  AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. APPLE INC (AAPL) | A | Dividend | L | T | | | | | |
| 36. CVS HEALTH CORPORATION (CVS) | A | Dividend | K | T | | | | | |
| 37. CISCO SYSTEMS INC (CSCO) | A | Dividend | K | T | | | | | |
| 38. DISNEY WALT COMPANY (DIS) | A | Dividend | K | T | | | | | |
| 39. Corteva Inc Com (CTVA) | A | Dividend | J | T | Spinoff (from line 41) | 06/05/19 | J | | |
| 40. DOW INC COM (DOW) | A | Dividend | J | T | Spinoff (from line 41) | 04/04/19 | J | | |
| 41. Dupont De Nemours Inc Com (DD) | A | Dividend | J | T | | | | | |
| 42. EXPEDITORS INTL WASH INC (EXPD) | A | Dividend | K | T | | | | | |
| 43. HOME DEPOT INC (HD) | A | Dividend | K | T | | | | | |
| 44. HONEYWELL INTERNATIONAL (HON) | A | Dividend | K | T | | | | | |
| 45. HUNT J B TRANS SVCS INC COM (JBHT) | A | Dividend | K | T | | | | | |
| 46. INGREDION INCORPORATED (INGR) | A | Dividend | K | T | | | | | |
| 47. INTERCONTINENTAL EXCHANGE (ICE) | A | Dividend | K | T | | | | | |
| 48. MASTERCARD INC CL A (MA) | A | Dividend | K | T | Sold (part) | 04/08/19 | K | E | |
| 49. MCDONALDS CORP (MCD) | A | Dividend | K | T | | | | | |
| 50. MICROSOFT CORP (MSFT) | A | Dividend | L | T | | | | | |
| 51. NIKE INC CLASS B (NKE) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   ORACLE CORPORATION (ORCL) | A | Dividend | | | Sold | 04/08/19 | K | C | |
| 53.   T ROWE PRICE GROUP INC (TROW) | A | Distribution | K | T | | | | | |
| 54.   STANLEY BLACK & DECKER (SWK) | A | Dividend | K | T | | | | | |
| 55.   STRYKER CORP (SYK) | A | Dividend | K | T | | | | | |
| 56.   TJX COS INC (TJX) | A | Dividend | K | T | | | | | |
| 57.   3M CO (MMM) | A | Dividend | | | Sold | 04/08/19 | J | C | |
| 58.   US BANCORP (USB) | A | Dividend | K | T | | | | | |
| 59.   UNION PAC CORP COM (UNP) | A | Dividend | | | Sold | 04/08/19 | K | D | |
| 60.   ISHARES TR NORTH AMERN TECH-SOFTWARE (IGV) | A | Dividend | K | T | | | | | |
| 61.   ISHARES TR NASDAQ BIOTECHNOLOGY ETF (IBB) | | None | | | Sold | 04/08/19 | J | C | |
| 62.   ISHARES TR RUSSELL 1000 ETF (IWB) | B | Dividend | L | T | | | | | |
| 63.   ISHARES TR US HEALTH CARE PROVIDERS ETF (IHF) | A | Dividend | K | T | | | | | |
| 64.   SPDR SER TR S&P BK ETF (KBE) | A | Dividend | K | T | | | | | |
| 65.   IRA #2 (H) | | | | | | | | | |
| 66.   FIDELITY ADVISOR TOTAL BOND FUND CLASS I (FEPIX) | B | Dividend | L | T | | | | | |
| 67.   JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS I (JVMIX) | A | Dividend | K | T | | | | | |
| 68.   MFS INTERNATIONAL GROWTH FUND CLASS I (MQGIX) | A | Dividend | L | T | Sold (part) | 10/29/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. MFS INTERNATIONAL NEW DISCOVERY FUND (MWNIX) | A | Dividend | K | T | | | | | |
| 70. PIMCO INCOME FUND CLASS P (PONPX) | C | Dividend | L | T | | | | | |
| 71. PIMCO COMMODITIES PLUS STRATEGY (PCLPX) | A | Dividend | K | T | | | | | |
| 72. TEMPLETON GLOBAL BOND FUND ADVISOR (TGBAX) | B | Dividend | K | T | | | | | |
| 73. BROKERAGE #2 (H) | | | | | | | | | |
| 74. AMCAP FUND CLASS F-2 (AMCFX) | B | Dividend | K | T | Buy | 04/09/19 | K | | |
| 75. BLACKROCK STRATEGIC INCOME OPPORTUNITIES PORT (BSIIX) | B | Dividend | L | T | | | | | |
| 76. EUROPEAN GROWTH FUND (AEPFX) | A | Dividend | J | T | | | | | |
| 77. FIDELITY ADVISOR NEW INSIGHTS (FINSX) | A | Dividend | | | Sold | 04/08/19 | K | | |
| 78. SILVERPEPPER COMMODITY STRATEGY GLOBAL MACRO FD INST CLASS (SPCIX) | A | Dividend | K | T | Buy | 10/30/19 | K | | |
| 79. NUVEEN HIGH YEILD MUNICIPAL BOND FUND (NHMRX) | C | Dividend | L | T | | | | | |
| 80. PIMCO COMMODITIES PLUS STRATEGY (PCLPX) | A | Dividend | | | Sold | 10/29/19 | K | | |
| 81. T ROWE PRICE HIGH YIELD (PRFHX) | B | Dividend | L | T | | | | | |
| 82. T ROWE PRICE EMERGING MARKETS (PRMSX) | A | Dividend | K | T | | | | | |
| 83. AMERICAN FUNDS THE TAX EXEMPT FUND OF AMERICA (TEAFX) | D | Dividend | N | T | | | | | |
| 84. VANGUARD INTERMEDIATE TERM TAX EXEMPT ADMIRAL (VWIUX) | C | Dividend | M | T | Buy<br>(add'l) | 04/10/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, Jeffrey T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85.   ISHARES TR S&P MIDCAP 400 GROWTH (IJK) | A | Dividend | K | T | | | | | |
| 86.   SPDR S&P 500 ETF TR TR UNIT (SPY) | A | Dividend | L | T | | | | | |
| 87.   VANGUARD INDEX FDS VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, Jeffrey T.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DOWDUPONT (DWDP) is now Dupont De Nemours Inc Com (DD).

Oppenheimer Developing Markets (ODVYX) is now Invesco Oppenheimer Developing Markets (ODVYX).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544